**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Ricardo Morales, a Special Agent of the Federal Bureau of Investigation (FBI), San Juan Division, being duly sworn, do hereby depose and state:

1. I am a law enforcement officer of the United States of America within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for, the offenses enumerated in Title 18, United States Code.

2. I have been employed as an FBI Special Agent since January 2024 and am currently assigned to investigate Violent Gangs in the San Juan Division of the FBI.

3. I have specialized training and experience in violent crimes. During my time as a Special Agent with the FBI, I have participated in violent crime investigations. As a result, I am familiar with procedures, activities, and investigative techniques associated with these investigations.

4. The information set forth herein is based on my personal knowledge, information obtained through interviews, information provided to me by other law enforcement officers and through other various forms of information. This affidavit is offered for the limited purpose of establishing probable cause that Gilbert Manuel Fajardo Alvarez violated 18 U.S.C. § 922(o) (Illegal possession of a machine gun).

5. Because of this affidavit's limited purpose of establishing probable cause, it does not contain all the facts known to myself or other law enforcement officers about the investigation, but only those necessary to establish probable cause.

## RELEVANT FACTS OF THE CASE

6. On July 31, 2025, the FBI Violent Gangs and Safe Street Task Force (VGSSTK) executed a search warrant for the cellphone devices in the possession of Gilbert Manuel Fajardo Alvarez ("Fajardo-Alvarez") at his residence in Sector Villa Conquistador, J-4, Calle 7, Canovanas, Puerto Rico. Fajardo-Alvarez was inside the residence during the execution of the warrant.

7. During the execution of the warrant, law enforcement agents identified an 80% completed lower receiver of a rifle inside a black duffle bag with four drop-in sears. The bag was found in the master bedroom of the residence. A drop-in sear is a metal device that manipulates the function of a semi-automatic trigger mechanism making it capable of functioning fully automatic. Based on my conversations with other law enforcement agents, I was informed that the drop-in sears were fabricated due to the presence of toolmarks. Toolmarks are a type of abrasion caused by the use of a tool on a material's surface. See images below.



2





8. ATF agents conducted a function test of the 80% completed lower receiver with a drop-in sear and confirmed that the rifle could function in a fully automatic capacity.

9. During the execution of the search warrant for Fajardo-Alvarez's devices, agents also identified a room with metal shavings all throughout. Based on my knowledge, training, experience, and conversations with ATF agents prior to the discovery of this room, the tools and sheer volume of metal shavings is indicative of from activities involving the modification of firearms or parts used within firearms. The room also had several tools. See image below.



10. Subsequent to the execution of the search warrant, FBI investigators interviewed Fajardo-Alvarez. Fajardo-Alvarez stated that he knew what a firearm was, that he purchased all the parts to put together the rifle that was found in the bag, and he built the rifle for personal use.

## CONCLUSION

11. Based on the above facts, there is probable cause to believe that Gilbert Manuel Fajardo Alvarez violated 18 U.S.C. § 922(o) (Illegal possession of a machinegun)

Respectfully submitted,

_____
Ricardo Morales
Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone in San Juan, Puerto Rico on July  31 , 2025 at  1:17 PM

_____
Hon. Marcos E. López
United States Magistrate
District of Puerto Rico

5