IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GILBERT MANUEL FAJARDO ALVAREZ,<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 25- 340 (GMM)<br><br>VIOLATIONS:<br>18 U.S.C. § 922(o)<br><br>FORFEITURE<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>ONE COUNT |

THE GRAND JURY CHARGES:

### COUNT ONE
Possession of a Machinegun
(18 U.S.C. §922(o))

On or about July 31, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

GILBERT MANUEL FAJARDO ALVAREZ

did knowingly and unlawfully possess a machinegun, that is, four (4) drop in sears or machinegun conversion devices which are parts designed and intended solely and exclusively for use in converting a weapon into a machinegun. All in violation of Title 18, *United States Code*, Sections 922(o) and 924(a)(2).

*Continues on next page*

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offense set forth in Count One of this Indictment, the defendant, GILBERT MANUEL FAJARDO ALVAREZ, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C.§ 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: one lower receiver of unknown make and model and four (4) drop-in sears.

TRUE BILL

FOREPERSON
Date: 8-13-2025

W. STEPHEN MULDROW
United States Attorney

_____
Alberto López Rocafort
Assistant United States Attorney
Chief, Gangs Section

_____
Teresa Zapata Valladares
Assistant United States Attorney
Deputy Chief, Gangs Section

_____
Laura Díaz González
Assistant United States Attorney

2